# OMNITEK ENGINEERING, INC.
## CONSULTING ENGINEERS

Todd A. Lavieri, P.E.

Tel. (800) 654-5577

6304 – 22nd Avenue
Kenosha, Wisconsin 53143-4849

Tel. (262) 657-5578
Fax.(262) 654-3602

June 18, 2009

Mr. Jeffrey C. Arnold
Fisher Kanaris, P.C.
200 South Wacker Drive
Chicago, Illinois 60606

Reference:    Cincinnati Insurance
              Insured: State Bar of Wisconsin
              Claim No.: 471695
              OEI File No.: 06-1289

Dear Mr. Arnold:

Pursuant to your request of April 14, 2006 the undersigned conducted an investigation of the referenced incident. The background information you provided at the time of this assignment indicated the State Bar of Wisconsin building, located at 5302 Eastpark Boulevard had sustained damage on April 2, 2006 as a result of a water leak from within a water cooler. The manufacturer of the subject water cooler reportedly had been identified as Elkay Manufacturing Company. The purpose of the undersigned's investigation was to determine, to whatever extent possible, the cause of the incident. The undersigned's contact at the State Bar of Wisconsin was to be Ms. Linda Tanner.

The undersigned visited the State Bar of Wisconsin on April 24, 2006 in order to conduct an examination of the subject water cooler installation. The subject water cooler was found to be the right unit of a two (2) station wall mounted water cooler.  The right unit was found to be a self-contained unit and its cabinet contained all of the components necessary to supply cooled water to both the right and left units. These components included the refrigeration compressor, cooling unit, condenser and water temperature control.

Mr. Jeffrey C. Arnold                    2                    OEI File No,: 06-1289



**Photograph 1. View of the subject water cooler installation.**

The electrical and water supplies had been provided to the right unit. The electrical supply apparently had been provided from a wall receptacle located such that it was accessible from within the right unit cabinet. The right unit had a power cord with a plug to be used in conjunction with the receptacle. The water supply was provided from copper piping within the wall on which the water cooler was mounted.  The water supply was found to be equipped with a stop valve. The location of the stop valve was such that it was accessible from within the right unit cabinet.  The drains of both units were plumbed together and used drain piping within the wall that was also accessible from within the right unit cabinet.



**Photograph 2. View of the interior of the right unit. The word "LEAK" was found to have been written on the insulation of the evaporator assembly.**

Mr. Jeffrey C. Arnold                    3                    OEI File No,: 06-1289

A nameplate found affixed to the front cabinet panel of the right unit displayed "ELKAY with FLEXI-GUARD."



**Photograph 3. View of identifying information.**

A label found affixed within the right unit displayed the following information:

EBFATL8-1B

980222052

EBFATL8G1Y



**Photograph 4. View of identifying information.**

Mr. Jeffrey C. Arnold                    4                    OEI File No.: 06-1289

The undersigned obtained additional information regarding the incident at the time of the April 24, 2006 visit to the State Bar of Wisconsin.  Information provided by Ms. Tanner and Ms. Donna Jurek indicated the water leak had been identified as having been located within the right unit of the subject water cooler. The water leak had stopped when the water supply to the water cooler had been discontinued. In addition, subsequent to the incident, the water supply had been resumed temporarily to observe the leak. This resulted in the marking of the evaporator assembly with the word "LEAK" (See photograph 2).

The undersigned's April 24, 2006 examination of the subject water cooler installation was limited to a nondestructive visual examination.  The right unit of the water cooler was removed by Mr. Mark Haferrman of Action Plumbing at the conclusion of the examination. The right unit was then retained by Omnitek Engineering, Inc.

The subject water cooler was again examined on August 28, 2006. In addition to you and the undersigned, Mr. Steve Pashlok of Nada K. Sizemore and Mr. Dennis Skogen, P.E. of Skogen Engineering Group were present on behalf Elkay Manufacturing Company.  The examination of the subject unit was limited to a visual non-destructive examination as Mr. Pashlok indicated he wanted the manufacturer of the thermostat, General Electric, to be present for any potentially destructive examination and/or testing.

The subject water cooler was again examined on June 18, 2007.  This examination was attended by representatives of both Elkay Manufacturing Company and General Electric. The representatives of both Elkay Manufacturing Company and General Electric identified the thermostat as having been manufactured by General Electric.



**Photograph 5. View of the thermostat.**

The June 18, 2007 examination and testing confirmed the presence of a water leak within the subject water cooler. The location of the leak was found to be within the evaporator assembly. The insulation which enclosed the evaporator assembly was removed and the source of the water leak was identified as a failure of the chilled water coil. The water coil was

Mr. Jeffrey C. Arnold                    5                    OEI File No,: 06-1289

used to flow water through the evaporator assembly thereby cooling it to supply to the water cooler bubbler assembly. The coil was found to exhibit a bulged appearance with a longitudinal crack (failure) of approximately one-quarter (1/4) inch in length.



**Photograph 5. View of the evaporator assembly with half of its insulation removed showing the chilled water coil.**



**Photograph 6. View of the failure in the chilled water coil.**

Mr. Jeffrey C. Arnold                    6                    OEI File No,: 06-1289



**Photograph 7. View of the water leak from the
coil due the its failure**

## CONCLUSION

Based on the investigation conducted to date, it is reasonable to conclude the subject water cooler manufactured by Elkay Manufacturing Company was defective in design and that defect was the cause of the water damage sustained by the State Bar of Wisconsin building on April 2, 2006. This conclusion is supported by the following:

1)   The water which damaged the State Bar of Wisconsin building on April 2, 2006 had reportedly been identified as having originated within the subject Elkay Manufacturing Company water cooler.

2)   The subject water cooler was found to be a self contained wall mounted refrigerated water cooler installed at the State Bar of Wisconsin building and used for the purpose intended.

3)   The presence of  the reported water leak identified at the time of the incident was confirmed upon examination of the subject water cooler.

Mr. Jeffrey C. Arnold                     7                    OEI File No,: 06-1289

4)     The location of the leak within the subject water cooler was found to be
       within the evaporator assembly. Specifically, it was found to be a failure in
       the chilled water coil.

5)     The failure within the chilled water coil was found to exhibit a bulged
       appearance with a longitudinal crack of approximately one-quarter (1/4)
       inch in length. The appearance of the failure was consistent with the water
       coil having been subjected to below-freezing temperatures which resulted
       in the coil failure.

6)     The most probable cause of the presence of below-freezing temperatures
       within the chilled water coil was the failure of the water cooler thermostat.

7)     The subject water cooler had no provisions to prevent freezing which
       would result in the failure of the coil in the event the thermostat failed as it
       did at the time of the incident. Furthermore, the design of the subject water
       cooler was such that in the event of a coil failure water would leak from
       within the unit due to the failure.

       The above conclusions are based on the investigation to date and are
subject to modification or amendment if additional information becomes available
or additional investigation is conducted.

       If you have any questions or require further assistance, please feel free to
contact the undersigned.

                                        Very truly yours,
                                        **OMNITEK ENGINEERING, INC.**


                                        Todd A. Lavieri, P.E.
                                        Consulting Engineer

REP1289

# OMNITEK ENGINEERING, INC.

## CONSULTING ENGINEERS

Todd A. Lavieri, P.E.                                    Tel. (800) 654-5577

---

6304 – 22nd Avenue                                    Tel. (262) 657-5578
Kenosha, Wisconsin 53143-4849                    Fax.(262) 654-3602

## CURRICULUM VITAE
## TODD A. LAVIERI
## CONSULTING ENGINEER

**PERSONAL:**

Residence:    26506 County Line Road
              Kansasville, Wisconsin 53139-9643
              (262) 878-0289

Date of Birth: October 13, 1957
               Chicago, Illinois

**EDUCATIONAL BACKGROUND:**

| | |
|---|---|
| Northern Illinois University<br>DeKalb, Illinois | 1975-77 |
| Southern Illinois University<br>Carbondale, Illinois<br>B.S. Mechanical Engineering Technology | 1981 |
| American Institute of Chemical Engineers<br>Continuing Education Program<br>Fundamentals of Fire/Explosion Hazard Analysis | 1982 |
| Society of Automotive Engineers<br>Continuing Education Programs - Glass Workshop | 1987 |

Curriculum Vitae of Todd A. Lavieri, P.E.                                    Page 2

University of Wisconsin - Milwaukee                              1988
Center for Continuing Engineering Education
Basic Engineering Refresher

University of Wisconsin - Milwaukee                              1988
Center for Continuing Engineering Education
Mechanical Engineering Refresher

University of Wisconsin – Madison                                1989
College of Engineering
Department of Engineering Professional Development
Product Safety and Liability Prevention:
The Role of Warnings and Instructions

University of Wisconsin - Madison                               1990
College of Engineering
Department of Engineering Professional Development
Automatic Fire Suppression Systems

International Association of Arson Investigators               1993
Wisconsin Chapter, Annual Seminar

Investigation the Black Hole
Monty McGill, California Fire Marshal

Spontaneous Combustion of Forage Material
Professor H.D. Bruhn, P.E.

Legal Aspects of Fire Investigation
Attorney Robert Burrell (Civil),
Borgelt, Powell, Peterson & Frauen. S.C.
Attorney Gael Hoffman (Criminal),
Assistant U.S. Attorney

New Realities in Fire Investigation
Barker Davies, President, Barker & Herbert Laboratories

High Temperature Incendiaries
Dr. R. Henderson, Pre. Southeast Research Laboratories
Bill Dietz, Chief, ATF Forensic Laboratory

Curriculum Vitae of Todd A. Lavieri, P.E.                                    Page 3

Investigator Safety and Motivation
Bruce Varner, Chief, Carrollton, Texas Fire Department

International Association of Arson Investigators                    1994
Wisconsin Chapter, Annual Seminar

Scene Investigation
David H. Campbell, Special Agent
North Carolina Bureau of Investigation

Basic Fire/Arson Investigation Course
Wisconsin Dept. of Justice, Division of Criminal Investigation
Investigation from the Defense View
Gerald Boyle, Attorney, Gerald Boyle, S.C., Milwaukee, W I

International Association of Arson Investigators                    1996
Wisconsin Chapter, Annual Seminar

Legal Aspects of the Black Hole Investigation
William R. Cathcart, Attorney
Cathcart, Gofton & Fraley, Oklahoma City, Oklahoma

Importance of Processing the Black Hole
Kirk McDaniel, Mississippi Farm Bureau Insurance Company

Foundation Fires - Processing the Scene
John M. Richardson, Oklahoma Farm Bureau Insurance Company

What's New in Electrical Fires?
Gary Hacker, G.L. Hacker & Associates

Fire Scene Safety
Terry Linsen, Lakeshore Technical College

University of Wisconsin - Madison                                  1998
College of Engineering
Department of Engineering Professional Development
Wisconsin Building Code Refresher

International Association of Arson Investigators                    1998
Wisconsin Chapter, Annual Seminar

Curriculum Vitae of Todd A. Lavieri, P.E.                    Page 4

Building Construction and Fire Travel
Mark Newell and Jeff Fennig, Milwaukee Police Dept.
NFPA 921 Chapter 2 and Overview of 1998 Edition

University of Wisconsin - Madison                           2001
College of Engineering
Department of Engineering Professional Development
Wisconsin Building Code Refresher

University of Wisconsin - Madison                           2004
College of Engineering
Department of Engineering Professional Development
Wisconsin Building Code Refresher

International Association of Arson Investigators            2004
Wisconsin Chapter, Annual Seminar

    Origin and Cause
    Jack Sanderson, Fire Findings, LLC

    Gas Appliances
    Jack Sanderson, Fire Findings, LLC

    Heat Transfer Products, Inc., Munchkin Stainless Steel High    2007
    Efficiency Boiler Installation and Troubleshooting, Hot Water
    Products, Auer Steel, Sturtevant, WI

    Carrier Variable Speed, Two Stage Electronic Condensing Furnace   2007
    Installation and Troubleshooting, Auer Steel, Milwaukee, WI

    Investigating Residential Dryer Fires, Fire Findings Laboratories   2008
    Benton Harbor, Michigan

International Association of Arson Investigators            2008
Wisconsin Chapter, Annual Spring Seminar, June

International Association of Arson Investigators            2008
Wisconsin Chapter, Annual Fall Seminar,  November

International Association of Arson Investigators            2009
Wisconsin Chapter, Annual Spring Conference,  June

Curriculum Vitae of Todd A. Lavieri, P.E.                        Page 5

**REGISTRATION:**

Registered Professional Engineer                                1989
State of Wisconsin Certificate No.: E - 26229

**PROFESSIONAL AND TECHNICAL SOCIETIES:**

American Society of Mechanical Engineers                         1984
National Fire Protection Association                             1986
National Society of Professional Engineers                      1989
Wisconsin Society of Professional Engineers                     1989
International Association of Arson Investigators                 1993
International Association of Arson Investigators - Wisconsin Chapter   1993
American Society of Heating, Refrig. & Air-Conditioning Engineers, Inc.   1998

**TECHNICAL PRESENTATIONS:**

"On Site Fire Investigation and Laboratory Investigation and Testing"   1984
Related Sciences of Fire Investigation Seminar
Sponsored by R. Schwarz & Associates and the Glenbrook Fire Dept.

"The Importance of Scene Examination of Mechanical Equipment           1997
  Involved in Fires"
Western Loss Association - Annual Meeting/Seminar

"Fundamentals and Investigations of Gas Explosions"                     1998
International Association of Arson Investigators
Wisconsin Chapter, Annual Seminar

"Fundamentals and Investigations of Gas Explosions"                     2000
International Association of Arson Investigators
In cooperation with University of Illinois Fire Service Institute
Illinois Chapter, 17th Annual Fire Investigation Training Conference

"Fundamentals and Investigations of Gas Explosions"                     2007
International Association of Arson Investigators
Wisconsin Chapter, Annual Seminar

**CONFERENCES:**

National Conference on Fire Investigation                               1990
Instruction, First Annual

Curriculum Vitae of Todd A. Lavieri, P.E.                           Page 6

**SUMMARY OF EMPLOYMENT HISTORY:**

Omnitek Engineering, Inc.                                    1986-present
6304 - 22nd Avenue
Kenosha, Wisconsin

Hazard Engineering, Inc.                                     1981-1986
6208 Lincoln Avenue
Morton Grove, Illinois
Consulting Engineer

Southern Illinois University                                 1977-1981
Carbondale, Illinois
Full time student

Northern Illinois University                                 1975-1977
Dekalb, Illinois
Full time student

The Spot Restaurant                                          Summer 1976
Evanston, Illinois
Kitchen & delivery

Peter Hand Brewery                                           Summer 1975
Chicago, Illinois
Bottling line, box factory, fork lift operator

Inhalation Plastics, Inc./Inhalation Therapy, Inc.          1970-1975
Niles, Illinois
Assembly line, delivery, injection mold machine operator

**PROFESSIONAL EXPERIENCE:**

<u>Omnitek Engineering, Inc. - Consulting Engineer</u>

Provide mechanical engineering consulting services in the field of Forensic Engineering.
Responsibilities include the following:

Examination of mechanical equipment involved in fires and explosions including residential and
industrial heating, ventilation and air conditioning equipment and other fuel fired equipment
and appliances.

Curriculum Vitae of Todd A. Lavieri, P.E.                    Page 7

Examination and testing of industrial machines, commercial equipment, consumer products and vehicles.

Examination of piping and plumbing systems and fixtures.

Design analysis and evaluation which may include load and stress computations, fluid dynamics, heat power and heat transfer, stability, material selection, human factors, electric, hydraulic and pneumatic control circuit characteristics, research and computer modeling.

Laboratory testing which may include the development of test procedures and the design of test fixtures.

Familiarity with National Fire Codes (NFC), American National Standards (ANSI), Occupational Safety and Health Administration Standards (OSHA) General Industry and Construction and Underwriters Laboratories Standards (UL).

Preparation of technical reports, presentation of findings to clients, and deposition and courtroom testimony.

<u>Hazard Engineering, Inc. - Consulting Engineer</u>

Provided mechanical engineering consulting services in the field of Forensic Engineering. Responsibilities included the following:

Investigations of mechanical equipment involved in fires and explosions

Investigations of consumer product injury incidents

Investigations of industrial injury and property loss incidents

Investigations of construction injury and property loss incidents

Investigations of vehicle collisions and roll-overs

Preparation of technical reports and presentation of findings to clients

Provided deposition and courtroom testimony

Curriculum Vitae of Todd A. Lavieri, P.E.                                    Page 8

## PARTIAL LIST OF INVESTIGATIONS SINCE 1981:

Mechanical equipment involved in fires and explosions:

Natural gas-fired appliances and equipment including gas pressure regulators, furnaces, space heaters, construction heaters, unit heaters, hot water and steam boilers, residential and commercial cooking equipment, outdoor grills, residential and commercial clothes dryers, water heaters, distillation equipment, process dryers, pollution control incinerators, pool heaters, wood-fired boilers, fireplaces, decorative gas-fired appliances, fireplace log lighters, bakery ovens, forklift trucks, gasoline fueled electric generators, gasoline powered equipment and heavy equipment.

LP gas-fired appliances and equipment including, gas pressure regulators, space heaters, construction heaters, unit heaters, hot water boilers, residential and commercial cooking equipment, outdoor grills, residential clothes dryers, water heaters, pool heaters, fireplaces, decorative gas-fired appliances, fireplace log lighters.

Wood-fired appliances  including fireplaces, stoves and boilers, smokers, crematories, commercial wood grills and pizza ovens, and associated chimneys.

Kerosene- fired space heaters

Rotary screw air compressors. tub grinders, manure fired boiler systems

Carbon Monoxide incidents.

Fires occurring in vehicles

Automatic Restaurant Fire Suppression Systems and building fire sprinkler systems.

Water supply and plumbing systems including piping, water supplies, valves, water softeners, sump pumps, dishwashers, fixtures and appliances.

Control systems, safeguards, instructions and warnings of industrial machines and equipment and consumer products, including:

Table saws, routers, cut-off saws, grinders, trim presses, power presses, die casting machines, injection molding machines, conveyors, printing presses, power lawn mowers, snow throwers, chopper/shredders, stump grinders, power nailers, aerial work platforms, scaffolds, ladders, hoists, food processing equipment, HVAC and refrigeration systems, power painting equipment, and packaging machines.

Curriculum Vitae of Todd A. Lavieri, P.E.                    Page 9

Failure of glassware - glazing, carbonated beverage bottles, coffee pots, and sight glass.

Vehicle accidents involving collisions and roll-overs.

**COURT EXPERIENCE:**

1.    Circuit Court of Cook County
      Illinois County Department, Law Division
      Richard J. Daley Center
      Chicago, Illinois

2.    The Iowa District Court
      County of Polk
      Des Moines, Iowa

3.    Circuit Court for the Sixteenth Judicial Court
      County of Kane
      Geneva, Illinois

4.    Circuit Court for the Fourteenth Judicial Circuit
      County of Whiteside
      Morrison, Illinois

5.    State of Wisconsin
      Circuit Court
      Eau Clair County

6.    State of Wisconsin
      Circuit Court
      Kenosha County

7.    Circuit Court
      County of DuPage
      Wheaton, Illinois

8.    State of Indiana
      Sullivan Superior Court
      Sullivan, Indiana

9.    State of Wisconsin Circuit Court
      Winnebago County

Curriculum Vitae of Todd A. Lavieri, P.E.                                    Page 10

10.     State of Michigan Circuit Court
        Grand Traverse County
        Traverse City, Michigan

11.     State of Illinois
        Circuit Court of Thirteenth Judicial District
        Will County
        Joliet, Illinois

12.     State of Wisconsin
        Circuit Court Branch 17
        Dane County
        Madison, Wisconsin

13.     State of Wisconsin
        Circuit Court
        Barron County
        Barron, Wisconsin

14.     United States District Court
        Eastern District of Arkansas
        Little Rock, Arkansas

15.     Court of Common Pleas
        Cuyahoga County
        Cleveland, Ohio

16.     State of Wisconsin
        Circuit Court
        Walworth County
        Elkhorn, Wisconsin

17.     State of Wisconsin
        Circuit Court
        Juneau County
        Mauston, Wisconsin

18.     State of Wisconsin
        Circuit Court
        Brown County
        Green Bay, Wisconsin

Curriculum Vitae of Todd A. Lavieri, P.E.                    Page 11

19.     State of Wisconsin
        Circuit Court
        Washington County
        West Bend, Wisconsin

0510

1

## DEPOSITION AND TRIAL TESTIMONY LISTING OF TODD A. LAVIERI, P.E.
## May 2006 THROUGH APRIL 2010

**May 26, 2006 Deposition Testimony**
American Family Mutual Insurance Company and David Ronaldson vs. David Golke,
Joseph Golke, Charles Golke, Golke Brothers roof & Siding LLC, Indiana Insurance
Company, ABC Insurance Company and ABC Company.
State of Wisconsin Circuit Court for Waupaca County, Wisconsin
Case No.: 03-CV-112

**Deposition Testimony November 27, 2006**
Mohr  Anderson LLC
Merrimac Mutual Ins. Co.
Insured: Esguerra
Claim No.: 040012
Policy No.: HO-01442

**Deposition Testimony December 6, 2006**
Piper & Schmidt
Insured: Garrigan
Claim No.: 23-537-05

**Deposition Testimony December 8, 2006**
Leahy, Eisenberg & Fraenkel, Ltd.
Factory Mutual Insurance Co., et al v. York International Corp
Factory Mutual Insurance Co. Insured: Sisters of the Sorrowful Mother
Court No.: 06 CV 1440

**Deposition Testimony May 2, 2007**
Winner, Wixson & Pernitz
Insured:  Ort Lumber, Inc.
Penn Lumbermans Claim No.:  300565-03

**Trial Testimony May 29, 2007**
Lloyd Phenicie Lynch Kelly & Hotvedt, SC
Kevin McKillip v Jeremy Bauman, et al.
Case No.: 2003-CV-675

**Trial Testimony July 7, 2007**
Axley Brynelson, LLP
Auto Owners Insurance Co. v.
General Casualty Company of Wisconsin

2

## DEPOSITION AND TRIAL TESTIMONY LISTING OF TODD A. LAVIERI, P.E.
### May 2006 THROUGH APRIL 2010

**Deposition Testimony August 13, 2007**
Metlife Auto & Home
David Norsetter, et al v. Gehin Roofing & Siding, Inc. et al
Case No.: 06-CV-1525

**Deposition Testimony August 16, 2007**
Mathiesen, Wickert, Lehrer, S.C.
Insured: William and Patricia Murphy
Claim No. 66F 285 180-318

**Deposition Testimony June 21, 2007**
Trial Testimony 09-21-07
Crivello Carlson & Mentkowski, S.C.
VanDeHei, et al v Gagnon Clay Products, et al
Brown County Case No.: 06-CV-000335

**Deposition Testimony February 20, 2008**
Borgelt Powell Peterson & Frauen SC
Insured: Kent Haugen/Colleen Hammer

**Deposition Testimony January 29, 2009**
Cozen O'Connor, P.C.
Foremost Insurance
Insured: Joseph Bong
Claim No.: 7652016

**Deposition Testimony July 14, 2009**
Yost & Bail
Thomas Shriner

**Deposition Testimony September 16, 2009**
Meier v, Madison Gas & Electric, et al
Wisconsin Dane County Circuit Court  2007CV001872

**Deposition Testimony October 1, 2009**
West Bend Mutual Insurance Company
Best Ever Painting, Inc.
Claim No.: 0110116570

3

## DEPOSITION AND TRIAL TESTIMONY LISTING OF TODD A. LAVIERI, P.E.
## May 2006 THROUGH APRIL 2010

**Deposition Testimony July 30, 2008**
**Trial Testimony  March 23, 2010**
Washington County Circuit Court, West Bend, WI.
Cozen O'Connor/Ace Westchester
Insured: Goeman's Wood Products
Claim No.: JY04J0040260

# INVOICE

**OMNITEK ENGINEERING, INC.**
**CONSULTING ENGINEERS**
**6304-22nd AVENUE**
**KENOSHA, WISCONSIN 53143-4849**
**800/654-5577     262/657-5578**

To:   **Mr. Jeff Arnold**                              **File No.: 06-1289**
      **Fisher Kanaris, P.C.**
      **22nd Floor**                                   **Date: June 5, 2006**
      **200 South Wacker Drive**
      **Chicago, Illinois 60606**                      **Terms:  Due on Receipt**

Reference:   **Cincinnati Insurance**
             **Insured: State Bar of Wisconsin**
             **Claim No.: 47165**

                                                       **Page 1 of 2**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04-14-06 | Telecom with Mr. Arnold to discuss background information, assignment and scheduling. | 0.25 |
| 04-24-06 | Telecom with Ms. Linda Tanner of the State Bar of Wisconsin regarding scheduling of inspection and removal of the subject drinking water cooler. | 6.00 |
| | Inspect the subject drinking water cooler installation and observe the removal of the subject drinking water cooler by Mr. Mark Haferman of Action Plumbing. | |
| | Retain the subject drinking water cooler. | |
| 04-25-06 | Inventory and retain the subject drinking water cooler at Omnitek Engineering, Inc. | 0.25 |
| 04-26-06 | Telecom with Mr. John Hettig of Hepex, Inc. on behalf of Elkay Manufacturing, Co. requesting identifying information displayed on the cold control of the subject drinking water cooler. | 0.25 |
| 04-27-06 and 04-28-06 | Telecom with Mr. Arnold to receive direction and authority to provide Hepex, Inc. with requested information. | 1.50 |
| | Examine subject drinking water cooler to obtain identifying information displayed on the cold control of the subject drinking water cooler. | |

# INVOICE

## OMNITEK ENGINEERING, INC.
### CONSULTING ENGINEERS
6304-22nd AVENUE
KENOSHA, WISCONSIN 53143-4849
800/654-5577     262/657-5578

To:   Mr. Jeff Arnold
Fisher Kanaris, P.C.
22nd Floor
200 South Wacker Drive
Chicago, Illinois 60606

File No.: 06-1289

Date: June 5, 2006

Terms:  Due on Receipt

Reference:   Cincinnati Insurance
Insured: State Bar of Wisconsin
Claim No.: 47165

Page 2 of 2

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04-27-06 and 04-28-06 (Cont.) | Research general information pertaining to the subject drinking water cooler | |
| | Telecom with Paul of Hepex, Inc. to provide identifying information displayed on the cold control of the subject drinking water cooler. | |
| 05-31-06 | Archive digital photographs taken during the April 24, 2006 inspection and removal of the subject drinking water cooler. | 0.25 |
| Total Engineering Hours | | 8.50 |

| | |
|---|---|
| Engineering Hours 8.50 @ $180.00/Hour | $1,530.00 |
| Photograph Expenses | 50.00 |
| Travel | 84.75 |
| Storage Costs 2nd Qtr 2006   2 Sq. Ft. @ $50.00/ Sq. Ft./Qtr. pro-rated 04-24-06 to 06-30-06 | 73.63 |
| **Total Invoice** | **$ 1,738.38** |

INVl289

# INVOICE

**OMNITEK ENGINEERING, INC.**
**CONSULTING ENGINEERS**
**6304-22nd AVENUE**
**KENOSHA, WISCONSIN 53143-4849**
**800/654-5577       262/657-5578**

To:   **Mr. Jeff Arnold**                                      **Invoice No.: 09-1289ST4**
      **Fisher Kanaris, P.C.**
      **22nd Floor**                                           **Date: November 9, 2009**
      **200 South Wacker Drive**
      **Chicago, Illinois 60606**                              **Terms:  Due on Receipt**

**Reference:   Cincinnati Insurance**
            **Insured: State Bar of Wisconsin**
            **Claim No.: 47165**
            **OEI File: 06-1289A**

                                                               **Page 1 of 1**

**DATE**                         **DESCRIPTION**

11-09-09     4th Quarter 2008 and 2009 storage for the following item obtained
             on April 24, 2006 by Omnitek Engineering, Inc. from the incident scene:

             **One (1) drinking water cooler.**

             at a rate of two (2) Sq. Ft. @ $50.00/ Sq. Ft./Qtr.              $ 500.00
                                                                            _____

# Total Invoice                                                  **$ 500.00**

09INV1289ST4

# INVOICE

**OMNITEK ENGINEERING, INC.**
**CONSULTING ENGINEERS**
**6304-22nd AVENUE**
**KENOSHA, WISCONSIN 53143-4849**
**800/654-5577      262/657-5578**

To:   **Mr. Jeff Arnold**
      **Fisher Kanaris, P.C.**
      **22nd Floor**
      **200 South Wacker Drive**
      **Chicago, Illinois 60606**

**Invoice No.: 10-1289ST1**

**Date: March 15, 2010**

**Terms:  Due on Receipt**

**Reference:**   **Cincinnati Insurance**
            **Insured: State Bar of Wisconsin**
            **Claim No.: 47165**
            **OEI File: 06-1289A**

**Page 1 of 1**

| DATE | DESCRIPTION | |
|---|---|---|
| 03-15-10 | 1st Quarter 2010 storage for the following item obtained on April 24, 2006 by Omnitek Engineering, Inc. from the incident scene: | |
| | **One (1) drinking water cooler.** | |
| | at a rate of two (2) Sq. Ft. @ $50.00/ Sq. Ft./Qtr. | $ 100.00 |

**Total Invoice**                                    **$ 100.00**

10INV1289ST1

# INVOICE

## OMNITEK ENGINEERING, INC.
### CONSULTING ENGINEERS
6304-22nd AVENUE
KENOSHA, WISCONSIN 53143-4849
800/654-5577        262/657-5578

To:   Ms. Katherine Crouch
      Grotefeld, Hoffman, Schleiter, Gordon & Ochoa LLP
      311 South Wacker Drive
      Chicago, Illinois 60606

File No.: 06-1289C

Date: May 7, 2010

Terms:  Due on Receipt

Reference:   Cincinnati Insurance
             Insured: State Bar of Wisconsin
             Claim No.: 47165

Page 1 of 1

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 04-05-10 | Review e-mail correspondence with proposed protocol for the testing of the water cooler GE thermostat. | 1.00 |
| | Review file. | |
| | Telecom with Kate Crouch of Grotefeld, Hoffman, Schleiter, Gordon & Ochoa LLP to discuss protocol and status of file. | |
| 05-06-10 | Telecom with Ms. Crouch requesting fee schedule, CV of Todd A. Lavieri, P.E. and four (4) list of deposition/trial testimony. | N/C |
| 05-07-10 | Prepare and provide information as requested by Ms. Crouch | 1.00 |

| | |
|---|---|
| Total Engineering Hours | 2.00 |
| Engineering Hours: 2.00 @ $200.00 per hour | $400.00 |
| Storage 2nd Quarter 2010 | 100.00 |

## Total Invoice                     $500.00

INV1289C

# INVOICE

## OMNITEK ENGINEERING, INC.
### CONSULTING ENGINEERS
6304-22nd AVENUE
KENOSHA, WISCONSIN 53143-4849
800/654-5577     262/657-5578

To:  **Mr. Jeff Arnold**
**Fisher Kanaris, P.C.**
**22nd Floor**
**200 South Wacker Drive**
**Chicago, Illinois 60606**

**File No.: 06-1289B**

**Date: June 18, 2009**

**Terms:  Due on Receipt**

**Reference:  Cincinnati Insurance**
**Insured: State Bar of Wisconsin**
**Claim No.: 47165**

**Page 1 of 2**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07-13-07 | Telecom with Mr. Arnold to discuss status of investigation. | 0.50 |
| 10-20-09 | Review correspondence sent via email. | 0.50 |
|  | Telecom with Mr. Arnold to discuss |  |
| 05-18-09 | Review file and begin preparation of report summarizing investigation and findings to date. | 2.50 |
| 06-18-09 | Complete report summarizing investigation and findings to date. | 2.00 |
|  | Provide to Mr. Arnold via email correspondence. |  |

Total Engineering Hours                                                             5.50

Engineering Hours 5.50 @ $200/Hour                                    $1,100.00

## Total Invoice                                    **$ 1,100.00**

INV1289B